AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Coulson, John M. | 2. Court or Organization  US District Court for the District of Maryland | 3. Date of Report  08/13/2015 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  US Magistrate Judge | 5a. Report Type (check appropriate type)  ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final  5b. ☑ Amended Report | 6. Reporting Period  01/01/2014 to 12/31/2014 |
|---|---|---|

**7. Chambers or Office Address**

101 W. Lombard Street, 8D
Baltimore, Maryland 21201

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Principal | Miles & Stockbridge, PC (1/1/2014 to 6/30/2014) |
| 2. | Counsel | Miles & Stockbridge, PC (7/1/2014 to 7/31/2014) |
| 3. | Co-Trustee | Co-Trustee for ▮▮▮▮ of former classmate (1/1/14-10/14). Resigned 10/14. |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 12/31/2000 | Amended and Restated Employment Agreement between me and Miles & Stockbridge, PC re terms of prior employ, 401K,. and deferred comp (paid 01/01/2015:$23,170) |
| 2. 01/1/2000 | Stockholder's Agreement between me and Miles & Stockbridge, PC governing the terms and conditions re: repurchase of my one share of its common stock (6/20/2014) |
| 3. 7/1/2014 | Employment agreement between me and Miles & Stockbridge, PC governing the terms and condition of my employment as Counsel, terminating 07/31/2014 |

| Name of Person Reporting | Date of Report |
|---|---|
| Coulson, John M. | 08/13/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2014 | Salary from Miles & Stockbridge PC | $220,282.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | The McDonogh School (1099 health education consulting) and Evalsolutions (1099 Income Education Consulting) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Coulson, John M. | 08/13/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐   NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Miles & Stockbridge (former law firm) | Paid part of caterer's bill for reception following investiture ceremony | $12,432.80 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐   NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America | Premium Credit Line | None |
| 2. | The Park School of Baltimore | Tuition for minor children | J |
| 3. | Chase Bank | Visa (revolving credit) | J |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Coulson, John M. | 08/13/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. MONY whole life policy | A | Dividend | J | T | | | | | |
| 2. NW Mutual whole life policy #1 | A | Dividend | J | T | | | | | |
| 3. NW Mutual whole life policy #2 | A | Dividend | J | T | | | | | |
| 4. NW Mutual whole life policy #3 | A | Dividend | J | T | | | | | |
| 5. NW Mutual whole life policy #4 | A | Dividend | K | T | | | | | |
| 6. Erie Family Life whole life policy | A | Dividend | J | T | | | | | |
| 7. TIAA Traditional fund | A | Dividend | J | T | | | | | |
| 8. CREF Social Choice fund | A | Dividend | J | T | | | | | |
| 9. Franklin Templeton Mutual Quest Fund | A | Dividend | J | T | | | | | |
| 10. Lazard Emerging Markets Open (401K) (Y) | | | | | | | | | |
| 11. Oppenheimer Int'l. Growth Y (401K)(Y) | | | | | | | | | |
| 12. MFS Int'l. Value R4(401K)(Y) | | | | | | | | | |
| 13. Goldman Sachs Small Value fund (401K) (Y) | | | | | | | | | |
| 14. Vanguard Mid-Cap Index Signal (401K)(Y) | | | | | | | | | |
| 15. T. Rowe Price Mid-Cap Value (401K)(Y) | | | | | | | | | |
| 16. T. Rowe Price Growth Stock (401K)(Y) | | | | | | | | | |
| 17. Vanguard 500 Index Signal (401K)(Y) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Coulson, John M. | 08/13/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. American Beacon Large Cap Value Investor(401K)(Y) | | | | | | | | | |
| 19. Diamond Hill Large Cap Y (401K)(Y) | | | | | | | | | |
| 20. Principal Diversified Real Asset A (401K) (Y) | | | | | | | | | |
| 21. Ivy High Income I (401K)(Y) | | | | | | | | | |
| 22. Harbor Bond Fund (401K)(Y) | | | | | | | | | |
| 23. Federated Capital Preservation Fund IP (401K)(Y) | | | | | | | | | |
| 24. Federated Prime Obligations Fund SS (401K)(Y) | | | | | | | | | |
| 25. MD College Investment Plan Portfolio 2018 (1 of 2) | | None | L | T | | | | | |
| 26. MD College Investment Plan Portfolio 2018 (2 of 2) | | None | L | T | | | | | |
| 27. John Hancock Freedom 529 Portfolio 2013-16 (1 of 2) | | None | M | T | | | | | |
| 28. John Hancock Freedom 529 Portfolio2017-2020 (2 of 2) | | None | M | T | | | | | |
| 29. Davis NY Venture C | B | Dividend | K | T | Sold (part) | 01/02/14 | J | A | |
| 30. Franklin Income C | C | Dividend | L | T | Sold (part) | 05/19/14 | J | A | |
| 31. Goldman Sachs Growth Opportunity C | A | Dividend | J | T | | | | | |
| 32. Henderson International Opportunities C | A | Dividend | J | T | Sold (part) | 01/02/14 | J | A | |
| 33. Henderson International Opportunities C (Cont;d) | | | | | Sold (part) | 05/19/14 | J | A | |
| 34. Ivy Asset Strategy C | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Coulson, John M. | 08/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Legg Mason Opportunity Trust C | A | Dividend | J | T | | | | | |
| 36. Royce Pennsylvania Consult | B | Dividend | J | T | Sold (part) | 01/02/14 | J | A | |
| 37. Royce Pennsylvania Consult (Con'd) | | | | | Sold (part) | 05/19/14 | J | A | |
| 38. Clearbridge Special Inv. Trust C | A | Dividend | J | T | | | | | |
| 39. Clearbridge Value Trust C | A | Dividend | J | T | | | | | |
| 40. QS Batterymarch Emerging Markets C | A | Dividend | J | T | | | | | |
| 41. QS Batterymarch Int'l. Equity C | A | Dividend | J | T | | | | | |
| 42. Davis NY Venture C (UTMA) | A | Dividend | J | T | | | | | |
| 43. Legg Mason Opportunity Trust (1 of 2) (UTMA) | A | Dividend | J | T | Sold (part) | 11/21/14 | J | A | |
| 44. Davis NY Venture C (UTMA) | A | Dividend | J | T | Sold (part) | 11/21/14 | J | A | |
| 45. Legg Mason Opportunity Trust (2 of 2) (UTMA) | A | Dividend | J | T | | | | | |
| 46. PNC Bank Interest Checking | A | Interest | L | T | | | | | |
| 47. Capitol One 360 Savings | A | Interest | J | T | | | | | |
| 48. Flowers Foods (FLO) Common stock | | None | J | T | | | | | |
| 49. Artisan Int'l. FD-INV #661 (1 of 2) (Y) | | | | | | | | | |
| 50. Henderson Opportunities Int'l Fund (1 of 2) (Y) | | | | | | | | | |
| 51. Institutional Advisors LargeCap Fund (1 of 2)(Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Coulson, John M. | 08/13/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Munder Midcap Core Growth Fund (1 of 2) (Y) | | | | | | | | | |
| 53. T. Rowe Price Mid-Cap Value FD Com (1 of 2) (Y) | | | | | | | | | |
| 54. Conestoga Small Cap Fund (1 of 2) (Y) | | | | | | | | | |
| 55. Goldman Sachs Satellite Strategies (1 of 2) (Y) | | | | | | | | | |
| 56. Intel Corp Com (Y) | | | | | | | | | |
| 57. Artisan Int'l FD-INV # 661 (2 of 2) (Y) | | | | | | | | | |
| 58. Henderson Int'l. Opportunities Fund (2 of 2) (Y) | | | | | | | | | |
| 59. Institutional Advisors Large Cap Fund (2 of 2)(Y) | | | | | | | | | |
| 60. Munder Midcap Core Growth Fund (2 of 2) (Y) | | | | | | | | | |
| 61. T. Rowe Price Mid-Cap Value FD Com (2 of 2)(Y) | | | | | | | | | |
| 62. Conestoga Small Cap Fund (2 of 2)(Y) | | | | | | | | | |
| 63. Goldman Sachs Satellite Srategies (2 of 2) (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Coulson, John M. | 08/13/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I: Positions: I had previously reported on my initial report in September of 2014 that I was co-trustee of two trusts ▮▮▮▮▮▮▮▮▮ of a college classmate of mine. I resigned that position in October of 2014.

Part II: Agreements: my employment as an attorney at Miles & Stockbridge was governed by the 2000 agreement referenced, to include distribution of deferred compensation in January of 2015 and participation in the firm's 401K. That agreement ended on June 30, 2014 when I converted from Principal to Counsel. My Counsel position was for the month of July 2014, between the time of the announcement of my appointment as US Magistrate and my resignation from the firm on July 31, 2014. The stockholder agreement referenced concerned the return of my equity in the firm which occurred in July of 2014 prior to my departure from the firm. My 401K was rolled over into the Thrift Savings Plan in September of 2014. Additionally, per my former employment agreement, I was paid deferred compensation in January of 2015 in the amount of $23,170. I am not due any additional compensation from my former employer.

Part VII: I resigned as co-trustee, effective October 2014, for the trust assets previously reported on my initial report (lines 47-61 in initial report and lines 49-63 in this report) such that those assets will not be reportable in future reports . Additionally, I rolled over the 401K funds from my previous employer's 401 K, previously reported on my initial report in September of 2014 (lines 10-24 ) into the Thrift Savings Plan in September of 2014 such that those assets will not be reportable in future reports.

| Name of Person Reporting | Date of Report |
|---|---|
| Coulson, John M. | 08/13/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **John M. Coulson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544